UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ETTEL,<br><br>    Plaintiff,<br><br>    v.<br><br>NIMBLE STORAGE, INC., et al.,<br><br>    Defendants. | Case No. 3:17-cv-01599-JD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this case is referred to the Honorable Jeffrey S. White for consideration of whether it is related to *Huston v. Nimble Storage, Inc.*, *et al.*, Case No. 17-cv-01533.

**IT IS SO ORDERED.**

Dated: May 15, 2017

JAMES DONATO
United States District Judge